## DECLARATION OF SERVICE

| Case:<br>1:26-CV-5776 | Court:<br>United States District Court | County:<br>Southern District of New York | Job:<br>11720449<br>Russo v. Spanx, LLC |
|---|---|---|---|
| **Plaintiff(s):**<br>Susan Russo | | **Defendant(s):**<br>Spanx, LLC | |
| **Received by:**<br>Falcon Legal Services, LLC | | **For:**<br>Meridian Investigations & Security | |
| **To be served upon:**<br>Spanx, LLC | | | |

I, Gavin Barbagelata, affirm that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein. I declare under penalty of perjury that the foregoing is true and correct.

**Recipient Name / Address:** Anagia Porter, Authorized Representative of Spanx, LLC.
3035 Peachtree Road, Suite 400, Atlanta, GEORGIA 30305.
Sex: Female, Skin: Caucasian, Age: 40-50, Hair: Brown, Height: 5ft 7in, Weight: 135

**Manner of Service:** Corporate/Business, 07/21/2026 at 11:48 AM

**Documents:** Summons; Complaint; Exhibits

**Additional Comments:**
Documents serving Spanx, LLC were hand-delivered and accepted by Anagia Porter.



_____    07/23/2026

Gavin Barbagelata                **Date**
CPS520
Meridian Investigations & Security

Meridian Investigations & Security